O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#20

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2049 PSG (SSx) | Date | June 5, 2009 |
|---|---|---|---|
| Title | George Andrew Bratton v. U.S. Bank Association | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present                              Not Present

**Proceedings:**   **(In Chambers) Order Denying Plaintiff's Request to Extend Time to File Opposition and to Continue Hearing Date**

George Andrew Bratton ("Plaintiff") filed a complaint against U.S. Bank Association and Countrywide Mortgage Lenders ("Countrywide") on March 25, 2009. Then, on May 7, 2009, Countrywide filed a motion to dismiss and set that motion for oral argument for June 8, 2009. Therefore, according to the Court's normal calendering rules, Plaintiff's opposition to said motion was due no later than May 25, 2009. Plaintiff, however, never filed an opposition.

On June 2, 2009, Plaintiff filed a Request for Extension of Time. In his brief, Plaintiff requests that the Court grant him fifteen additional days to respond to Countrywide's motion to dismiss. He also requests that the Court continue the hearing date for Countrywide's motion to June 24, 2009. Plaintiff bases this request on the fact that as a result of being recently evicted from his prior residence, he no longer has a place to stay, nor does he have possession of certain legal papers, files, and books that are necessary to litigate his case.

While the Court empathizes with Plaintiff's claimed extenuating circumstances, the Court nevertheless denies his request. The Court does so because of recent filings made by Plaintiff. In particular, Plaintiff has recently noticed a change of address. More importantly, he has recently submitted a motion for default judgment, which the Court has since rejected. Thus, any claimed inability to adequately respond to Countrywide's motion to dismiss due to a lack of resources is belied by Plaintiff's recent filing of his motion for default judgment.

For the foregoing reasons, the Court DENIES Plaintiff's request.

**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**#20**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2049 PSG (SSx) | Date | June 5, 2009 |
|---|---|---|---|
| Title | George Andrew Bratton v. U.S. Bank Association | | |

**IT IS SO ORDERED.**